IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| RS SERVICES OF NORTH AMERICA, LLC, f/k/a UNIVERSAL SOLUTIONS OF NORTH AMERICA, LLC, | ) ) ) ) | Civil No. 2:09-CV-03152-DCN |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| BOYLES MOAK BRICKELL MARCHETTI INSURANCE, INC., BOYLES MOAK BRICKELL INSURANCE, INC., BOYLES MOAK & STONE, INC., and BOYLES MOAK INSURANCE SERVICES, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on defendants' motion for summary judgment and plaintiff's partial motion for summary judgment. Having thoroughly considered the parties' written and oral submissions, the court holds that genuine issues of material fact exist; therefore, neither party is entitled to judgment as a matter of law, and the court **DENIES** all motions for summary judgment.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE**

**October 25, 2010
Charleston, South Carolina**